IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 119-078 |
| | * | |
| JAMES STUART FALLER, II | * | |
| | * | |

**O R D E R**

Pending before the Court are two of *pro se* Defendant James Faller, II's motions. The first is a motion for expedited hearing (Doc. 2); the second is an emergency motion for Rule 65 restraining order and permanent injunction (Doc. 3). Jurisdiction over Defendant's supervised release was transferred to the Southern District of Georgia from the Western District of Kentucky on June 26, 2019. (<u>See</u> Doc. 1.) For the following reasons, the motions are denied.

Defendant's motion for hearing sets out five reasons to conduct a hearing. Three of the reasons appear to be collateral attacks on his conviction. One requests an "in-camera hearing based on what will be revealed to inform the court of the background and potential dangers to Faller." The remaining request asserts that he cannot pay for his medical care and that the "Supreme Court recognizes 'supervised release' is considered in

custody." This criminal case is not the proper avenue to assert any of these challenges or claims.

Defendant's motion for temporary restraining order and permanent injunction likewise requests remedies the Court is powerless to award in his criminal case.

Upon consideration, Defendant's motion for expedited hearing (Doc. 2) and motion for temporary restraining order and permanent injunction (Doc. 3) are **HEREBY DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this ___12th___ day of March, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA